SHIRLEY K. LICHTMAN v. BOARD OF EDUCATION OF THE VILLAGE OF RIDGEWOOD, BERGEN COUNTY.

September 21, 1982.

Petition for certification is granted, and the matter is remanded to the Appellate Division for reconsideration in light of *Spiewak v. Board of Education of Rutherford, Hamilton Township Supplemental Teachers Association v. Hamilton Township Board of Education, and Anderson v. Summit Board of Education,* which is reported at 90 *N.J.* 63 (1982).

BAL K. THAPER v. NEW JERSEY DEPARTMENT OF EDUCATION.

September 21, 1982.

Petition for certification denied.

FLUSHING NATIONAL BANK v. EDGEWATER NATIONAL BANK.

September 21, 1982.

Petition for certification denied.

GEORGE LAMBROS v. SEAPLANE SHUTTLE TRANSPORT, INC.

September 21, 1982.

Petition for certification denied.